Sarah Lynn Piper
350 Deauville Street
Las Vegas, Nevada 89106
Telephone: (702) 355-9095
E-Mail: DooneyChick@gmail.com
In Proper Person

RECEIVED
AND FILED    **MRB**

2018 AUG 31  PM 3 29

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>SARAH PIPER,<br><br>                                                    Debtor.<br><br>ADAM K. PETERSON,<br><br>                                                    Plaintiff,<br><br>v.<br><br>SARAH LYNN PIPER,<br><br>                                                    Defendant. | Case No. BK-S-18-10115-MKN<br><br>Chapter 7<br><br>Adversary No. 18-01049-MKN<br><br>**SUPPLEMENTAL DECLARATION OF SARAH PIPER** |
|---|---|

I, Sarah Lynn Piper, declare under penalty of perjury:

1.    I am over the age of eighteen and I have personal knowledge of the facts in this matter, except where stated upon information and belief, and if called to testify, I could and would testify to the following statements set forth herein.

2.    I make this Supplemental Declaration in support of the Motion To Dismiss Adversary Proceeding With Prejudice ("Motion").[1]

3.    As previously stated, I received a copy of the Complaint [ECF No. 1] and Summons [ECF No. 3] on August 26, 2018. The date on the envelope containing the Complaint and Summons shows a postmark date of August 23, 2018. See Exhibit 1 to the Declaration Of Sarah Piper filed concurrently with the Motion To Dismiss Adversary Proceeding With Prejudice filed on August 31, 2018.

4.    On or about August 27, 2018, the Plaintiff filed a Certificate Of Service alleging

---

[1] Unless defined herein, all capitalized terms have the meanings ascribed them in the Motion

- 1 -

under penalty of perjury that he mailed a copy of the Summons, Complaint and the Standard Discovery Plan and Scheduling Order to me on August 21, 2018 and signed the Certificate of Service on August 22, 2018. See Exhibit 1, Certificate Of Service [ECF No. 6]

5. I did not receive an adversary packet from the Plaintiff with the Complaint and Summons. See Exhibit 1 to the Declaration of Sarah Piper filed concurrently with the Motion To Dismiss Adversary Proceeding With Prejudice filed on August 31, 2018.

6. The Complaint that was mailed was ECF No. 24 from the underlying bankruptcy case and not ECF No. 1 from this Adversary Case. See Exhibit 1 to the Declaration of Sarah Piper filed concurrently with the Motion To Dismiss Adversary Proceeding With Prejudice filed on August 31, 2018.

7. The envelope containing the Complaint and Summons was not placed in the mail by the Plaintiff until August 23, 2018, not August 21, 2018 as alleged by the Plaintiff's Certificate of Service. See Exhibit 1 to the Declaration of Sarah Piper filed concurrently with the Motion To Dismiss Adversary Proceeding With Prejudice filed on August 31, 2018.

Dated this 31st day of August, 2018.

/s/ Sarah Lynn Piper
Sarah Lynn Piper

## CERTIFICATE OF SERVICE

I caused foregoing Supplemental Declaration Of Sarah Piper on August 31, 2018, by the following means by First Class United States Mail, postage fully prepaid to:

Adam K. Peterson
3517 Perching Bird Lane
North Las Vegas, Nevada 89084

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated this 31st day of August, 2018.

/s/ Sarah Lynn Piper
Sarah Lynn Piper

# EXHIBIT 1

Case 18-01049-mkn    Doc 11    Entered 09/04/18 17:06:34    Page 5 of 6
Case 18-01049-mkn    Doc 6    Entered 08/28/18 14:18:51    Page 1 of 2
Case 18-01049-mkn    Doc 3    Entered 05/07/18 11:36:49    Page 3 of 4

NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

IN RE:  
SARAH LYNN PIPER,  
               Debtor(s)

BK-18-10115-mkn  
CHAPTER 7

**RECEIVED AND FILED**

Adversary Proceeding: 18-01049-mkn

2018 AUG 27 PM 1 34

ADAM K PETERSON, et al,  
               Plaintiff(s)

vs

SARAH LYNN PIPER, et al,  
               Defendant(s)

COMPLAINT, SUMMONS, ANKRUPTCY COURT  
STANDARD DISCOVERY PLAN AND MARY A SCHOTT, CLERK  
SCHEDULING ORDER PACKET

Hearing Date: September 13, 2018  
Hearing Time: 10:00 AM

I, ADAM K PETERSON, certify that I am at least 18 years old and not a party to the matter concerning  
      (name)  
which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on Aug 21, 2018  
      (date)

by:

[X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:  
SARAH PIPER  
[address illegible]  
LV NV 8[illegible]

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:  
[redacted]

[ ] Publication: The defendant was served as follows: (Describe briefly)

[ ] State Law: The defendant was served pursuant to the laws of the State of _____,  
as follows: (Describe briefly)                (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Case 18-01049-mkn    Doc 11    Entered 09/04/18 17:06:34    Page 6 of 6
Case 18-01049-mkn    Doc 6    Entered 08/28/18 14:18:51    Page 2 of 2
Case 18-01049-mkn    Doc 3    Entered 05/07/18 11:36:49    Page 4 of 4

Dated: 8/22/2018                              Signature: _____

| | |
|---|---|
| Print Name: _____ | |
| Business Address: _____ | |
| City: _____ State: _____ Zip: _____ | |