

1   Sarah Lynn Piper
    350 Deauville Street
2   Las Vegas, Nevada 89106
    Telephone: (702) 355-9095
3   E-Mail: DooneyChick@gmail.com
4   In Proper Person

5                  **UNITED STATES BANKRUPTCY COURT**

6                         **DISTRICT OF NEVADA**

7   In re:                              | Case No. BK-S-18-10115-MKN

8   SARAH PIPER,                        | Chapter 7

9                          Debtor.      | Adversary No. 18-01049-MKN

10  ADAM K. PETERSON,                   | **AMENDED SUPPLEMENTAL**
                                        | **DECLARATION OF SARAH PIPER**
11                         Plaintiff,

12  v.

13  SARAH LYNN PIPER,

14                         Defendant.

15          I, Sarah Lynn Piper, declare under penalty of perjury:

16          1.      I am over the age of eighteen and I have personal knowledge of the facts in this

17  matter, except where stated upon information and belief, and if called to testify, I could and would

18  testify to the following statements set forth herein.

19          2.      I make this Amended Supplemental Declaration in support of the Motion To

20  Dismiss Adversary Proceeding With Prejudice ("Motion").[1]

21          3.      As previously stated, I received a copy of the Complaint [ECF No. 1] and

22  Summons [ECF No. 3] on August 26, 2018. The date on the envelope containing the Complaint

23  and Summons shows a postmark date of August 23, 2018.  See Exhibit 1 to the Declaration Of

24  Sarah Piper filed concurrently with the Motion To Dismiss Adversary Proceeding With Prejudice

25  filed on August 31, 2018.

26          4.      On or about August 27, 2018, the Plaintiff filed a Certificate Of Service alleging

27  ───────────────────────

28  [1] Unless defined herein, all capitalized terms have the meanings ascribed them in the Motion

                                          - 1 -

1    under penalty of perjury that he mailed a copy of the Summons, Complaint and the Standard

2    Discovery Plan and Scheduling Order to me on August 21, 2018 and signed the Certificate of

3    Service on August 22, 2018.  See Exhibit 1, Certificate Of Service [ECF No. 6]

4        5.    I did not receive an adversary packet from the Plaintiff with the Complaint and

5    Summons.  See Exhibit 1 to the Declaration of Sarah Piper filed concurrently with the Motion To

6    Dismiss Adversary Proceeding With Prejudice filed on August 31, 2018.

7        6.    The Complaint that was mailed was ECF No. 24 from the underlying bankruptcy

8    case and not ECF No. 1 from this Adversary Case.  See Exhibit 1 to the Declaration of Sarah Piper

9    filed concurrently with the Motion To Dismiss Adversary Proceeding With Prejudice filed on

10   August 31, 2018.

11       7.    The envelope containing the Complaint and Summons was not placed in the mail

12   by the Plaintiff until August 23, 2018, not August 21, 2018 as alleged by the Plaintiff's Certificate

13   of Service.  See Exhibit 1 to the Declaration of Sarah Piper filed concurrently with the Motion To

14   Dismiss Adversary Proceeding With Prejudice filed on August 31, 2018.

15       Dated this 7th day of September, 2018.

16

17   _____

18   Sarah Lynn Piper

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I caused foregoing Amended Supplemental Declaration Of Sarah Piper on September 7, 2018, by the following means by First Class United States Mail, postage fully prepaid to:

> Adam K. Peterson
> 3517 Perching Bird Lane
> North Las Vegas, Nevada 89084

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated this 7th day of September, 2018.

_____

Sarah Lynn Piper

# EXHIBIT 1

Case 18-01049-mkn    Doc 14    Entered 09/10/18 13:34:09    Page 5 of 6

Case 18-01049-mkn    Doc 6    Entered 08/28/18 14:18:51    Page 1 of 2
Case 18-01049-mkn    Doc 3    Entered 05/07/18 11:36:49    Page 3 of 4

NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

IN RE:

SARAH LYNN PIPER ,

_____ Debtor(s)

ADAM K PETERSON, et al,

_____ Plaintiff(s)

vs

SARAH LYNN PIPER, et al,

_____ Defendant(s)

BK-18-10115-mkn
CHAPTER 7                  **RECEIVED
                            AND FILED**

Adversary Proceeding: 18-01049-mkn    2018 AUG 27  PM 1 34

COMPLAINT, SUMMONS, U.S. BANKRUPTCY COURT
STANDARD DISCOVERY PLAN AND
SCHEDULING ORDER PACKET    MARY A. SCHOTT, CLERK

Hearing Date:  September 13, 2018
Hearing Time:  10:00 AM

I,  ADAM K PETERSON , certify that I am at least 18 years old and not a party to the matter concerning
_____(name)_____
which service of process was made. I further certify that the service of this summons and a copy of the complaint
along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made
on  Aug 21, 2018
_____(date)_____

by:

**X**    Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Sarah Piper
35 S. Dougles St
Lv NV 2 noda

⌐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

⌐    Residence Service: By leaving the process with the following adult at:

NO    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail
addressed to the following officer of the defendant at:
████████████████. ⌐

⌐    Publication: The defendant was served as follows: (Describe briefly)

⌐    State Law: The defendant was served pursuant to the laws of the State of _____
as follows: (Describe briefly)                                (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Case 18-01049-mkn   Doc 14   Entered 09/10/18 13:34:09   Page 6 of 6
Case 18-01049-mkn   Doc 6   Entered 08/28/18 14:18:51   Page 2 of 2
Case 18-01049-mkn   Doc 3   Entered 05/07/18 11:36:49   Page 4 of 4

Dated: 8/22/2018 _____          Signature: _____

| | |
|---|---|
| Print Name: _____ | |
| Business Address:_____ | |
| City: _____ State: _____ _____ Zip: _____ | |